UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**RUSEBLO BROOKS, ET. AL.**  Plaintiff,
INDEX# 15 CV 2303

--- AGAINST ---  **AFFIDAVIT OF SERVICE**

**THE GRIFFIN SECURITY AGENCY, INC., ET. AL.**
Defendant,

---

STATE OF NEW YORK)
)SS.
COUNTY OF ALBANY )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 7th day of April, 2015, she served the Summons and Complaint at 2:50 p.m. on THE GRIFFIN SECURITY AGENCY, INC., a domestic corporation, one of the defendants in this action by personally delivering to and leaving with a person, SUE ZOUKY, a white female with red hair, light eyes, approximately 55 years of age, 5'3" and 128lbs authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

_____
MARIA SCHMITZ

Sworn before me this
7th day of April, 2015

_____
LAWRENCE A. KIRSCH
    4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2015