LITTLER MENDELSON, P.C.  
One Newark Center  
8th Floor  
Newark, NJ 07102  
973.848.4700  
Attorneys for Defendants  
The Griffin Security Agency, Inc.  
and Michael E. Smith  

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC# _____  
DATE FILED: 5-7-15  

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  

---

Rusebio Brooks, Carlita Thomas, James Malloy, Sabrina Locus and Lyden Tyrone Flowers, Individually and on Behalf of All Other Persons Similarly Situated,

Plaintiffs,

v.

The Griffin Security Agency, Inc. and Michael E. Smith, Jointly and Severally,

Defendants.

Civil Action No.: 1:15-cv-2303(JGK)

STIPULATION

*Electronically Filed*

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that:

1. The undersigned counsel for Michael E. Smith accepts on his behalf service of the First Amended Complaint; and

2. The time for Defendants The Griffin Security Agency, Inc. and Michael E. Smith (collectively, "Defendants") to answer, move or otherwise respond to the First Amended Complaint herein is adjourned through and until May 28, 2015.

-2-

Date: May 1, 2015

_____
Douglas Brian Lipsky
Bronson Lipsky LLP
630 Third Avenue, 5th Floor
New York, NY 10017
212.444.1024
dl@bronsonlipsky.com

*Attorneys for Plaintiff*

Date: May 1, 2015

*Alison B. Andolena*
Ivan R. Novich
Alison B. Andolena
Littler Mendelson, P.C.
One Newark Center, 8th Floor
Newark, NJ 07102
973.848.4700
inovich@littler.com
aandolena@littler.com

*Attorneys for Defendants*

**SO ORDERED:**

_____  Dated: 5/6/15

tm