```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

RUSEBIO BROOKS, ET AL.,

          Plaintiffs,        15-cv-02303 (JGK)

    - against -                ORDER

GRIFFIN SECURITY AGENCY, INC., ET AL.,

          Defendants.

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

For the reasons discussed during the teleconference held on January 29, 2021, the plaintiffs' motion to enforce the settlement agreement is denied as moot. The Clerk is directed to close Docket No. 285.

**SO ORDERED.**

Dated:    New York, New York
          January 29, 2021        ____/s/ John G. Koeltl_____
                                                          John G. Koeltl
                                            United States District Judge