```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————
RUSEBIO BROOKS, ET AL.,

                Plaintiffs,           15-cv-02303 (JGK)

      - against -                     ORDER

GRIFFIN SECURITY AGENCY, INC., ET
AL.,

                Defendants.
————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

The case is stayed with respect to Michael Smith, in view of the suggestion of bankruptcy. ECF No. 299.

**SO ORDERED.**

**Dated:**   **New York, New York**
            **April 13, 2021**            ____/s/ John G. Koeltl_____
                                                John G. Koeltl
                                          **United States District Judge**